

**NUMBER 13-13-00715-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **LUIS V. SAENZ, COUNTY AND DISTRICT ATTORNEY OF CAMERON COUNTY, TEXAS,** | **Appellant,** |
| **v.** | |
| **JOSE MANUEL LOPEZ,** | **Appellee.** |

**On Appeal from the 445th District Court
of Cameron County, Texas.**

# MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Perkes
Memorandum Opinion Per Curiam**

Appellant, Luis V. Saenz, County and District Attorney of Cameron County, Texas,

perfected an appeal from a judgment entered by the 445th District Court of Cameron

County, Texas, in cause number 2013-DCL-00210-I. This cause is before the Court on

appellant's unopposed motion to dismiss the appeal.   Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).   Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.   Costs will be taxed against appellant.   *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
12th day of June, 2014.